FILED
U.S. DISTRCT COURT
DISTRICT OF VERMONT
10/02/25

# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

**2:25-mc-146**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **PROCEDURES FOR** | ) | **GENERAL ORDER** |
| **ACCESS AND** | ) | **No. 128** |
| **MANAGEMENT OF** | ) | |
| **SEALED DOCUMENTS** | ) | |

**WHEREAS** a recent escalation in cyberattacks on the CM/ECF systems of federal courts requires the immediate implementation of new procedures for the storage and management of sealed documents,

**IT IS HEREBY ORDERED** that, effective as of the date of this order and until such time as the court orders otherwise,

1. **Electronic Access to Sealed Documents.** Sealed documents will continue to be filed in CM/ECF under the court's existing procedures but will no longer be accessible or viewable by electronic means.

2. **Service of Sealed Documents Filed in CM/ECF.** Because sealed documents filed in CM/ECF are no longer accessible or viewable electronically, service of those documents can no longer be accomplished through CM/ECF. Parties will have to serve sealed documents by other appropriate means as provided by the Federal Rules of Procedure. The court will serve sealed documents in paper by mail or encrypted email.

3. **Additional Copies of Sealed Documents**. Because sealed documents filed in CM/ECF are no longer accessible or viewable within CM/ECF, a party with the right to access a sealed document in a case who requires a copy of a sealed document will have to contact the clerk's office to request it in the form of a paper copy or encrypted email. Applicable copy fees (Fee Schedule) will be applied to such requests.

4. **Highly Sensitive Documents (HSDs).** Sealed documents defined as HSDs will continue to be subject to the court's HSD procedures (HSD Procedures).

5. **Questions about Sealed Document Procedures.** Any questions about the filing of and access to sealed documents should be directed to the clerk's office at (802) 951-6301.

This Order supersedes any and all inconsistent prior orders, CM/ECF procedure manuals, and local rules.

Dated at Burlington, within the District of Vermont, this 2nd day of October 2025.

_____
Christina Reiss
Chief Judge